1 | BENJAMIN B. WAGNER
United States Attorney
2 | KIRK E. SHERRIFF
Assistant U.S. Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5 |
Attorneys for the
6 | United States of America

7 |

8 |                        IN THE UNITED STATES DISTRICT COURT

9 |                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 |                                      ) 1:12-CR-00301-AWI-BAM
                                         )
11 | UNITED STATES OF AMERICA,            ) ORDER FOR FORFEITURE MONEY
                                         ) JUDGMENT
12 |                   Plaintiff,         )
                                         )
13 |            v.                        )
                                         )
14 | CHEANEY LAVELL KEY,                  )
                                         )
15 |                   Defendant.         )
                                         )
16 |

17 |      Based upon the United States' Application for Forfeiture Money

18 | Judgment and the plea agreement entered into between plaintiff United

19 | States of America and defendant Cheaney Lavell Key,

20 |      IT IS HEREBY ORDERED that

21 |      1.   The defendant Cheaney Lavell Key shall forfeit to the

22 | United States the sum of $26,782.00 and the Court imposes a personal

23 | forfeiture money judgment against defendant in that amount.

24 |      2.   Any funds applied towards such judgment shall be forfeited

25 | to the United States of America and disposed of as provided for by

26 | law.  Prior to the implementation of sentence, any funds delivered to

27 | the United States to satisfy the personal money judgment shall be

28 | seized and held by the U.S. Marshals Service, in its secure custody

                                        Order for Forfeiture Money
                                   1    Judgment

1   and control.

2       3.   This Order of Forfeiture shall become final as to the

3   defendant at the time of sentencing and shall be made part of the

4   sentence and included in the judgment.

5       4.   The United States may, at any time, move pursuant to Rule

6   32.2(e) to amend this Order of Forfeiture to substitute property

7   having a value not to exceed $26,782.00 to satisfy the money judgment

8   in whole or in part.

9

10  IT IS SO ORDERED.

11  Dated:   May 8, 2013               _____

12                                     SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          Order for Forfeiture Money
                              2           Judgment