# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JUL 09 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| vs. | ) Case No. |
| Cheaney Key | ) 1:12-CR-00301-AWI-BAM-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Cheaney Key___, have discussed with ___Jacob Scott___, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's location monitoring condition and the restriction of **HOME DETENTION:** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or supervising officer.

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Cheaney Key_     7-8-13        _Jacob Scott_     7/8/13
Signature of Defendant   Date        Pretrial Services Officer   Date
Cheaney Key                     Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_signature_     7/9/13
Signature of Assistant United States Attorney    Date
Kirk Sherriff

I have reviewed the conditions with my client and concur that this modification is appropriate.

_signature_     7/9/13
Signature of Defense Counsel    Date
Edward Marshall Hodkins, III

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___7/9/13___.
☐ The above modification of conditions of release is *not* ordered.

_signature_     7/9/13
Signature of Judicial Officer    Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services